THE STATE, EX REL. JONES, APPELLANT, *v.* RUGGERI, APPELLEE.

[Cite as State, ex rel. Jones, *v.* Ruggeri (1990), 48 Ohio St. 3d 40.]

(No. 89-1084—Submitted November 7, 1989—Decided January 10, 1990.)

*Hillary James Jones* and *Vincent C. Rhodes, pro se.*

The judgment of the court of appeals is affirmed based on that court's journal entry and opinion of May 19, 1989.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.